FILED
2021 Feb-25 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ANGELA DAVIS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 3:20-CV-01784-LCB** |
| ) | |
| **BOOKS-A-MILLION, INC. and** ) | |
| **UNUM LIFE INSURANCE** ) | |
| **COMPANY OF AMERICA,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

**COME NOW** the Parties, by and through counsel, and inform the Court that a settlement has been reached, and the Parties request thirty (30) days to finalize the written Settlement Agreement and file an appropriate Stipulation of Dismissal.

Date:  February 25, 2021          /s/ Willson Jenkins
                                  Willson Jenkins, Esq.
                                  310 W. Tombigbee Street
                                  Florence, AL  35630
                                  willson@jenkinsandgonce.com
                                  **ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| Date:  February 25, 2021 | /s/ James S. Williams <br> James S. Williams <br> SIROTE & PERMUTT, P.C. <br> 2311 Highland Avenue South <br> Birmingham, AL 35205 <br> T:  205.930.5178 <br> F:  205.212.3881 <br> E:  jwilliams@sirote.com <br> **ATTORNEY FOR UNUM LIFE INSURANCE COMPANY OF AMERICA** |
| Date: February 25, 2021 | /s/ Jenna M. Bedsole <br> Jenna M. Bedsole <br> BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. <br> Shipt Tower <br> 420 North 20th Street, Suite 1400 <br> Birmingham, AL 35203 <br> (205) 244-3851 Telephone <br> (205) 488-3851 Facsimile <br> jbedsole@bakerdonelson.com <br><br> **ATTORNEY FOR BOOKS-A-MILLION, INC.** |