# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ANGELA DAVIS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 3:20-CV-01784-LCB** |
| ) | |
| **BOOKS-A-MILLION, INC.** and ) | |
| **UNUM LIFE INSURANCE** ) | |
| **COMPANY OF AMERICA,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STATUS REPORT

**COME NOW** the Parties, and state as follows:

1. On February 25, 2021, the Court entered an Order providing that, if the Parties did not file for dismissal by today, March 29, 2021, the Parties were ordered to file a joint status report updating the Court on the status of the settlement.

2. The Parties report the following update:

    - A settlement agreement has been signed by all Parties.

    - Payment has been sent by Defendants to Plaintiff's counsel, but the payments have yet to be received.

    - The Parties request that the Court allow an additional seven (7) days to file the appropriate dismissal pleading.

DOCSBHM\2350724\2

Respectfully submitted this 29th day of March, 2021

/s/ Willson Jenkins
Willson Jenkins, Esq.
310 W. Tombigbee Street
Florence, AL  35630
willson@jenkinsandgonce.com
**ATTORNEY FOR PLAINTIFF**


/s/ James S. Williams
James S. Williams
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
T:  205.930.5178
F:  205.212.3881
E:  jwilliams@sirote.com
**ATTORNEY FOR UNUM LIFE INSURANCE COMPANY OF AMERICA**


/s/ Jenna M. Bedsole
Jenna M. Bedsole
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Shipt Tower
420 North 20th Street, Suite 1400
Birmingham, AL 35203
(205) 244-3851 Telephone
(205) 488-3851 Facsimile
jbedsole@bakerdonelson.com

**ATTORNEY FOR BOOKS-A-MILLION, INC.**