# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ANGELA DAVIS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BOOKS-A-MILLION, INC. and** )<br>**UNUM LIFE INSURANCE** )<br>**COMPANY OF AMERICA,** )<br>)<br>**Defendants.** ) | **CASE NO. 3:20-CV-01784-LCB** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, by and through their undersigned counsel of record, and hereby stipulate to the dismissal of this action, with prejudice, costs to be taxed as paid.

Respectfully submitted this 30th day of March, 2021

/s/Willson Jenkins
Willson Jenkins, Esq.
310 W. Tombigbee Street
Florence, AL  35630
willson@jenkinsandgonce.com
**ATTORNEY FOR PLAINTIFF**

/s/James S. Williams
James S. Williams
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
T:  205.930.5178
F:  205.212.3881
E:  jwilliams@sirote.com
**ATTORNEY FOR UNUM LIFE INSURANCE COMPANY OF AMERICA**


/s/Jenna M. Bedsole
Jenna M. Bedsole
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Shipt Tower
420 North 20th Street, Suite 1400
Birmingham, AL 35203
(205) 244-3851 Telephone
(205) 488-3851 Facsimile
jbedsole@bakerdonelson.com

**ATTORNEY FOR BOOKS-A-MILLION, INC.**