# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ANGELA DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | )   Case No.: 5:20-cv-1784-LCB |
| **BOOKS-A-MILLION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## **MEMORANDUM**

Plaintiff filed her complaint on November 11, 2020. (Doc. 1). On March 30, 2021, the Parties filed a notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff voluntarily dismissed all claims against Defendants with prejudice. (Doc. 14). A party may voluntarily dismiss a lawsuit without a court order by filing a "notice of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(i). All parties who appeared in this case signed the joint stipulation of dismissal. Because the plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the dismissal was effective immediately upon the filing of written notice and no subsequent court order is required.

The Clerk of Court is therefore **DIRECTED** to **close the case**.

**DONE** and **ORDERED** April 6, 2021.

*[signature]*

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE